**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Richard V. Zangara,<br><br>*Debtor.* | Case No. 26-14108-djb<br>Chapter 7 |

## Stipulation to Extend Time to Object to Discharge

**AND NOW**, this 19th day of November 2026, it is hereby agreed and stipulated by and between Trustee Lynn E. Feldman and Brad J. Sadek, attorney for Debtor Richard V. Zangara, as follows:

1. The current deadline for the Trustee or any party in interest to file a complaint objecting to discharge, and/or a motion to dismiss pursuant to 11 U.S.C. § 707(b), is January 8, 2027, which is 60 days after the first date set for the meeting of creditors (November 9, 2026).

2. The parties hereby agree that the Trustee, the U.S. Trustee, and any other party in interest shall have until 60 days after the conclusion of the meeting of creditors to file a complaint objecting to discharge and/or a motion to dismiss pursuant to 11 U.S.C. § 707(b).

3. The Debtor's attorney certifies that he has specific authority from the Debtor to enter into this stipulation on his behalf.

/s/ Lynn E. Feldman
Lynn E. Feldman
Chapter 7 Trustee

/s/ Brad J. Sadek
Brad J. Sadek
Attorney for Debtor

## Order Approving Stipulation

**AND NOW**, upon consideration of the Stipulation to Extend Time to Object to Discharge, it is hereby **ORDERED** that the Stipulation is **APPROVED**. It is further **ORDERED** that the terms of the Stipulation are incorporated herein by reference and will form a part of this order as if set forth in their entirety.

Date: ______________________________

Derek J. Baker
U.S. Bankruptcy Judge